IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAVON INMAN, | ) | CASE NO. 8:07CV193 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| SCOTT A. ANTONIAK, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's Notice pursuant to Fed. R. Civ. P. 41(a)(1)(i) that she is dismissing her Complaint against Defendant Scott A. Antoniak with prejudice.

IT IS ORDERED:

1)  Plaintiff's Notice of Dismissal (Filing No. 7) is approved;

2)  Plaintiff Lavon Inman's Complaint is dismissed with prejudice; and

3)  The parties will pay their own costs and attorney fees unless otherwise agreed by and between them in writing.

DATED this 22nd day of June, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge